LAW OFFICES
## WILLIAMS & CONNOLLY LLP®

SIMON A. LATCOVICH
(202) 434-5967
slatcovich@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 13, 2022

**Via ECF**

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States of America v. Zarrab (Turkiye Halk Bankasi)*, No. 20-3499

Dear Ms. Wolfe:

    I write on behalf of defendant-appellant Türkiye Halk Bankasi A.Ş. ("Halkbank") pursuant to Federal Rule of Appellate Procedure 41(d)(2)(B)(ii).

    On January 14, 2022, this Court granted Halkbank a stay of the mandate pending the filing and disposition of Halkbank's petition for a writ of certiorari. ECF No. 116. Since that order, the Supreme Court granted Halkbank an extension of the time within which to file its petition, *see* ECF No. 118, and Halkbank has since filed its petition in accordance with the Court's order. Pursuant to Federal Rule of Appellate Procedure 41(d)(2)(B)(ii), Halkbank respectfully informs the Clerk's Office of this event.

    Should you have any questions or concerns, please do not hesitate to contact me via phone at (202) 434-5967 or email at slatcovich@wc.com.

Sincerely,

Simon Latcovich

cc: Counsel of Record