# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 22, 2023

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  **Turkiye Halk Bankasi A.S.**
           **v. United States**
           **No. 21-1450 (Your docket No. 20-3499)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                        Sincerely,

                                        SCOTT S. HARRIS, Clerk

                                        By

                                        M. Altner
                                        Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 22, 2023

Ms. Lisa Schiavo Blatt, Esq.
Williams & Connolly LLP
680 Maine Avenue, SW
Washington, D.C. 20024

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

  Re: **Turkiye Halk Bankasi A.S.**
     **v. United States**
     **No. 21-1450**

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

              Sincerely,

              SCOTT S. HARRIS, Clerk

              By

              M. Altner
              Assistant Clerk– Judgments

cc: Clerk, U.S. Court of Appeals for the Second Circuit
   (Your docket No. 20-3499)

# Supreme Court of the United States

No. 21–1450

**TURKIYE HALK BANKASI A.S., AKA HALKBANK,**

Petitioner

v.

**UNITED STATES**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed in part, vacated in part, and remanded to the United States Court of Appeals for the Second Circuit for further proceedings consistent with the opinion of this Court.

April 19, 2023

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States