# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of May, two thousand twenty-three.

Before:     Joseph F. Bianco,
                 *Circuit Judge.*

_____

United States of America,

        Appellee,

v.

Reza Zarrab, AKA Riza Sarraf, Camelia Jamshidy, AKA Kamelia Jamshidy, Hossein Najafzadeh, Mohammad Zarrab, AKA Can Sarraf, AKA Kartalmsd, Mehmet Hakan Atilla, Mehmet Zafer Caglayan, Abi, Suleyman Aslan, Levent Balkan, Abdullah Happani,

        Defendants,

Turkiye Halk Bankasi A.S., AKA Halkbank,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 20-3499

     Appellant has filed a letter requesting that the Court set a briefing schedule following remand from the Supreme Court.

     IT IS HEREBY ORDERED that Appellant's brief is due within 60 days of this order, by July 31, 2023; the Government's brief is due 60 after the filing of Appellant's brief; and Appellant's reply brief is due 30 days after the filing of the Government's brief.

                                                  For the Court:

                                                  Catherine O'Hagan Wolfe,
                                                  Clerk of Court

