MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-3499

**Caption [use short title]**

**Motion for:** extension of time to file appellee's brief

Set forth below precise, complete statement of relief sought:

31-day extension of time to file appellee's brief

United States v. Zarrab (Turkiye Halk Bankasi)

**MOVING PARTY:** United States of America   **OPPOSING PARTY:** Turkiye Halk Bankasi A.S.

☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ✓ Appellee/Respondent

**MOVING ATTORNEY:** Damian Williams, U.S. Attorney, Southern District of New York    **OPPOSING ATTORNEY:** Robert M. Cary, Esq.

[name of attorney, with firm, address, phone number and e-mail]

By: Won Shin, Assistant U.S. Attorney    Williams & Connolly LLP

One Saint Andrew's Plaza, New York, NY 10007    725 12th Street, NW, Washington, DC 20005

(212) 637-2226; Email: Won.Shin@usdoj.gov    202-434-5175; Email: rcary@wc.com

**Court- Judge/ Agency appealed from:** The Honorable Richard M. Berman, United States District Judge, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
✓ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ✓ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ✓ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ✓ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ✓ No  If yes, enter date: _____

**Signature of Moving Attorney:**

/s/ Won S. Shin    **Date:** 9/15/23    Service by:  ✓ CM/ECF  ☐ Other [Attach proof of service]

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 20-3499 |
| *Appellee*, | AFFIRMATION IN SUPPORT OF MOTION |
| - v. - | FOR EXTENSION OF TIME TO FILE |
| TURKIYE HALK BANKASI A.S., also known as Halkbank, | |
| *Defendant-Appellant*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK          )
COUNTY OF NEW YORK         :   ss.:
SOUTHERN DISTRICT OF NEW YORK   )

WON S. SHIN, pursuant to 28 U.S.C. § 1746, hereby affirms under penalty of perjury:

1.  I am an Assistant United States Attorney and Chief of Appeals for the Criminal Division in the Office of Damian Williams, United States Attorney for the Southern District of New York. I submit this Affirmation in support of the Government's motion for a 31-day extension of time to file its brief, from September 29, 2023 to October 30, 2023. This is the Government's first request for an extension.

2. Defendant-appellant Turkiye Halk Bankasi A.S. ("Halkbank") appeals from an order entered in the United States District Court for the Southern District of New York, by the Honorable Richard M. Berman, denying Halkbank's motion to dismiss Superseding Indictment S6 15 Cr. 867 (RMB) (the "Indictment") in this case. The District Court rejected Halkbank's arguments that it was immune from prosecution under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330 & 1602-11 ("FSIA"), or common law sovereign immunity. On October 22, 2021, this Court affirmed, concluding "even assuming arguendo that FSIA confers sovereign immunity in criminal cases, the offense conduct with which Halkbank is charged falls within FSIA's commercial activities exception to sovereign immunity." *United States v. Turkiye Halk Bankasi A.S.*, 16 F.4th 336, 347-48 (2d Cir. 2021). This Court also rejected Halkbank's argument that common-law sovereign immunity applied. *Id.* at 350-51.

3. On October 3, 2022, the Supreme Court granted Halkbank's petition for a writ of certiorari. On April 19, 2023, the Supreme Court affirmed in part, concluding that "[t]he FSIA does not provide foreign states and their instrumentalities with immunity from criminal proceedings," but vacated in part and remanded because, in the Supreme Court's view, this Court "did not fully consider the various arguments regarding common-law immunity." *Turkiye Halk Bankasi A. S. v. United*

*States*, 598 U.S. 264, 280 (2023). On May 22, 2023, the Supreme Court issued its judgment.

4. The same day, Halkbank filed a letter in this Court in which it proposed, without having conferred with the Government, a briefing schedule for the issues to be considered on remand. On May 31, 2023, this Court adopted Halkbank's proposed schedule, ordering that Halkbank's opening brief be filed within 60 days, by July 31, 2023; that the Government's brief be filed 60 days after the filing of Halkbank's brief; and that Halkbank's reply brief be filed 30 days after the filing of the Government's brief.

5. On July 31, 2023, Halkbank filed its opening brief. Between August 4 and August 9, 2023, four *amici curiae* filed briefs as well.

6. The Government respectfully requests a 31-day extension of the time to file its brief, for several reasons. During the period following the filing of Halkbank's opening brief, the two Government attorneys principally responsible for conducting the investigation and prosecution of this matter before the District Court and the appeal in this Court have been engaged in preparing for and conducting the trial in *United States v. Joshua Adam Schulte*, S2 17 Cr. 548 (JMF) (S.D.N.Y.). The additional time also will permit the Government to engage in appropriate consultation with other relevant components of the federal government regarding issues raised by the briefing on remand. Furthermore, this Office has been facing an

extraordinary press of business in criminal appeals, with 61 briefs and substantive motion filings (including the brief in this case) due during the period of August through October. Unfortunately, this press of business has fallen during a period when leave schedules have reduced the availability of appellate editors. Accordingly, the Government respectfully submits that an additional 30 days, until October 30, 2023, is necessary for the Government to prepare and file its responsive brief.

7. For the foregoing reasons, the Government respectfully requests an extension of time to file its brief until October 30, 2023. The Government informed counsel for Halkbank on September 14, 2023, of its intent to seek this extension. As of the time of filing of this motion, the Government has not received a response from counsel for Halkbank regarding its position or whether it intends to file a response.

Dated: New York, New York
September 15, 2023

/s/ Won S. Shin
Won S. Shin
Assistant United States Attorney
Telephone: (212) 637-2226

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this motion, there are 681 words in this motion.

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Won S. Shin
Won S. Shin
Assistant United States Attorney
(212) 637-2226