LAW OFFICES
## WILLIAMS & CONNOLLY LLP®

ROBERT M. CARY
(202) 434-5175
rcary@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 4, 2023

**Via ECF**

Catherine O'Hagan Wolfe
Clerk, U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:** *United States of America v. Zarrab (Turkiye Halk Bankasi),*
> **No. 20-3499**

Dear Ms. O'Hagan Wolfe,

I represent defendant-appellant Türkiye Halk Bankasi A.Ş. ("Halkbank"), and write on behalf of the parties in the above-referenced case in response to the telephonic request we received that the parties provide a joint statement of their counsel's dates of unavailability for oral argument.

Today, the government informed us that counsel is not available for oral argument on the following dates:

- January 16–February 9, 2024
- February 16–23, 2024
- April 22–26, 2024

Counsel for Halkbank is not available on the following additional dates:

- January 4–15, 2024
- March 6–8, 2024

Respectfully submitted,

/s/ Robert M. Cary

Robert M. Cary

cc: All counsel of record (via ECF)