UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 20-3499

**Motion for:** Extention of briefing schedule

**Caption [use short title]**

Set forth below precise, complete statement of relief sought:

Extension of Appellee's time to file to 11/20/23 and extention of Appellant's time to file a reply to 1/12/24

United States of America

v.

Turkiye Halk Bankasi, A.S.

**MOVING PARTY:** United States
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☒ Appellee/Respondent

**OPPOSING PARTY:** Turkiye Halk Bankasi, A.S.

**MOVING ATTORNEY:** Michael D. Lockard
**OPPOSING ATTORNEY:** John Williams, Esq.

[name of attorney, with firm, address, phone number and e-mail]

U.S. Attorney's Office
1 St. Andrew's Plaza, New York, NY 10007
212-637-2193 / michael.lockard@usdoj.gov

Williams & Connolly LLP
680 Maine Avenue S.W., Washington, DC 20024
202-434-5646 / jwilliams@wc.com

**Court- Judge/ Agency appealed from:** SDNY - Richard M. Berman, USDJ

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: 2/28/2024

**Signature of Moving Attorney:**
[signature]  **Date:** 10/27/2023  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 20-3499 |
| *Appellee*, | AFFIRMATION IN SUPPORT OF MOTION |
| - v. - | FOR EXTENSION OF TIME TO FILE |
| TURKIYE HALK BANKASI, A.S., also known as Halkbank, | |
| *Defendant-Appellant*. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK        )
COUNTY OF NEW YORK       :   ss.:
SOUTHERN DISTRICT OF NEW YORK   )

MICHAEL D. LOCKARD, pursuant to 28 U.S.C. § 1746, hereby affirms under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I submit this Affirmation in support of the Government's unopposed motion for a 21-day extension of time to file its brief, from October 30, 2023 to November 20, 2023. This is the Government's second request for an extension.

2. Defendant-appellant Turkiye Halk Bankasi A.S. ("Halkbank") appeals from an order entered in the United States District Court for the Southern District of

New York, by the Honorable Richard M. Berman, denying Halkbank's motion to dismiss Superseding Indictment S6 15 Cr. 867 (RMB) (the "Indictment") in this case. The District Court rejected Halkbank's arguments that it was immune from prosecution under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1330 & 1602-11 ("FSIA"), or common law sovereign immunity. On October 22, 2021, this Court affirmed, concluding "even assuming arguendo that FSIA confers sovereign immunity in criminal cases, the offense conduct with which Halkbank is charged falls within FSIA's commercial activities exception to sovereign immunity." *United States v. Turkiye Halk Bankasi A.S.*, 16 F.4th 336, 347-48 (2d Cir. 2021). This Court also rejected Halkbank's argument that common-law sovereign immunity applied. *Id.* at 350-51.

3. On October 3, 2022, the Supreme Court granted Halkbank's petition for a writ of certiorari. On April 19, 2023, the Supreme Court affirmed in part, concluding that "[t]he FSIA does not provide foreign states and their instrumentalities with immunity from criminal proceedings," but vacated in part and remanded because, in the Supreme Court's view, this Court "did not fully consider the various arguments regarding common-law immunity." *Turkiye Halk Bankasi A. S. v. United States*, 598 U.S. 264, 280 (2023). On May 22, 2023, the Supreme Court issued its judgment.

4. The same day, Halkbank filed a letter in this Court in which it proposed a briefing schedule for the issues to be considered on remand. On May 31, 2023, this Court adopted Halkbank's proposed schedule, ordering that Halkbank's opening brief be filed within 60 days, by July 31, 2023; that the Government's brief be filed 60 days after the filing of Halkbank's brief; and that Halkbank's reply brief be filed 30 days after the filing of the Government's brief.

5. On July 31, 2023, Halkbank filed its opening brief. Between August 4 and August 9, 2023, four *amici curiae* filed briefs as well.

6. On September 27, 2023, the Court granted the Government's first request for an extension of its time to file a responsive brief, ordering that the Appellee's brief be filed by October 30, 2023, and that Halkbank's Reply brief be filed by December 14, 2023. On October 19, 2023, oral argument was calendared for February 28, 2024.

7. The Government respectfully requests a 21-day extension of the time to file its brief. Following the Court's order granting the Government's first request for an extension, the two Government attorneys principally responsible for the investigation and prosecution of this matter before the District Court and the appeal in this Court have been principally engaged in responding to time-sensitive law enforcement matters being supervised by the National Security and International Narcotics Unit. These matters, which could not have been anticipated at the time of

3

the Government's prior request, have required the nearly full-time attention of these two Government attorneys and other prosecutors. The requested extension is necessary for the Government to complete its preparation and filing of its brief in light of the need to address these other matters. The Government further proposes that the time for Halkbank's Reply be extended to January 12, 2024, and that oral argument remain on February 28, 2024 as currently scheduled.

8. For the foregoing reasons, the Government respectfully requests an extension of time to file its brief until November 20, 2023, and an extension of Halkbank's time to file its Reply brief to January 12, 2024. Counsel for Halkbank consents to both requests.

Dated:  New York, New York
        October 27, 2023

                                        Michael D. Lockard
                                        Assistant United States Attorney
                                        Telephone: (212) 637-2193

## CERTIFICATE OF COMPLIANCE

      Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel hereby certifies that this motion complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare this motion, there are 877 words in this motion.

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

                /s/ Michael D. Lockard
By:   Michael D. Lockard
       Assistant United States Attorney
       (212) 637-2193